IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL C. PARRISH,

    Petitioner,

v.

JEFFREY PUGH, Warden,
Stanley Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-076-wmc

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent dismissing with prejudice the petition for a writ of habeas corpus.

_____       6/11/10
Peter Oppeneer, Clerk of Court                              Date